BEVERLY L. WORDEN, Respondent, v. MYRON E. GILLETT and Another,

Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.